PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

MAY 15 2017

BY
DEPUTY_____

ERVIN LLL McFERRIN #1607758
Plaintiff's Name and ID Number

MARK W. STILES UNIT - 3060 FM 3514
Place of Confinement BEAUMONT TX 77705-7635

CASE NO. 1:17 CV 211
(Clerk will assign the number)

v.

EMMA GLENN    MARK W STILES UNIT - 3060 FM 3514
                BEAUMONT TX 77705-7635
Defendant's Name and Address

NATHAN PRADAN    -HOSPITAL GALVEST P.O. BOX 48, SUB STATION
                  GALVESTON TEXAS 77555
Defendant's Name and Address

MICHELLE LASTRAPES    -HOSPITAL GALVESTON P.O. BOX 48, SUB STATION
                        GALVESTON TEXAS 77555
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1. Approximate date of filing lawsuit: 5/12/15, 8/19/15, 10/12/15, 4/17/17, 4/19/17

      2. Parties to previous lawsuit:

        Plaintiff(s) ERVIN LEE McFLURIN

        Defendant(s) EMMA GLENN, MICHELLE LASTRAPES, NATHAN PRADAN, MARK BARBER AND TIMOTHY C. ALLEN.

      3. Court: (If federal, name the district; if state, name the county.) U.S. DIS. TEX. HOUSTON, TWO IN U.S. DIS. TEX. GALVESTON AND TWO IN U.S. DIS. TEX. EASTERN

      4. Cause number: 4:15-CV-01274, 3:15-CV-00158, 3:15-CV-00274, 1:17-CV-152 AND 1:17-CV-153.

      5. Name of judge to whom case was assigned: KENNETH M. HOYT, GEORGE C. HANK JR. HEART FIELD HAWTHORN AND ALFRED H. BENNETT, CLARIC HAWTHORN.

      6. Disposition: (Was the case dismissed, appealed, still pending?) _____

      7. Approximate date of disposition: 5-23-14

II.  PLACE OF PRESENT CONFINEMENT: MARK W. STILES UNIT - 3060 FM 3514 BEAUMONT TX 77705-7635.

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ERVIN LEE McFERRIN - MARK W. STILES UNIT 3060 FM 3514 - BEAUMONT TEXES 77705-7635.

B. Full name of each defendant, his official position; his place of employment, and his full <u>mailing</u> address.

Defendant #1: EMMA GLENN - MARK W. STILES UNIT - 3060 FM 3514 BEAUMONT TX 77705-7635. MID-LEVEL PROVIDER.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS.

Defendant #2: MARK BARBER - MARK W. STILES UNIT - 3060 FM 3514 BEAUMONT TX 77705-7635. MEDICAL DIRECTOR.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS.

Defendant #3: MICHELLE LASTRAPES - GALVESTON HOSPITAL - P.O. BOX 48 SUS STATION 1 GALVESTON TX 77555. LICENCE VOCATIONAL NURSE.

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS.

Defendant #4: NATHAN PRADAN - GALVESTON HOSPITAL - P.O. BOX 48 SUS STATION 1 - GALVESTON TX 77555. MEDICAL DOCTOR.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS.

Defendant #5: TIMOTHY C. ALLEN - GALVESTON HOSPITAL - P.O. BOX 48 SUS STATION - GALVESTON TX 77555. MEDICAL DOCTOR.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS.

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(1) PLAINTIFF WROTE A COMPLAIN TO GRIEVANCE DEPARTMENT. (2) AND OVER DUE CIVIL RIGHT VIOLATIONS ABOUT MARK W. STILES UNIT DEPARTMENT MEDICAL -3060 FM 3514- BEAUMONT TEXAS 77705-7635. (3) THIER STAFF MEMBERS ARE EMMA GLENN, MARK BARBER, MICHELLE LASTRAPES, NATHAN PRADAN AND TIMOTHY C. ALLEN (4) KNOWING I HAVE BLOOD PROBLEMS, KEEP ME IN GETTING LAB TESTING ALWAYS (5) THIS IS CLEAR DELIBERATE INDIFFERECE TO A SERIOUS MEDICAL NEEDS. IN VIOLATIONS UNDER EIGHTH AMENDMENT. CRUEL AND UNUSUAL PUNISHMENT.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

PLAINTIFF SEEK MANDATORY SUPER VISION RELEASE AND 150,000.00 FROM EACH DEFENDANT ETC...

VII.    GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

N/A

B.  List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N/A

VIII.    SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓/NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): N/A

2.   Case number: N/A

3.  Approximate date sanctions were imposed: N/A

4.  Have the sanctions been lifted or otherwise satisfied?                ____YES  ✓/NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES __✓__ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A _____

2. Case number: N/A _____

3. Approximate date warning was issued: N/A _____

Executed on: _5/11/17_
                DATE

ERVIN LEE McFERRIN _____

Ervin Lee McFerrin
                (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____11_____ day of _____MAY_____, 20 _17_.
                  (Day)                    (month)              (year)

ERVIN LEE McFERRIN _____

Ervin Lee McFerrin
                (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

EXHIBIT: A
BLOOD PROBLEMS :

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : MCFERRIN, ERVIN L
Patient Id    : 1607758
Patient Phone :
Date of Birth : 00/00/1965
SS#           : --     Sex  : Male
```

```
Ordering
Physician     : LASTRAPES, MICHELLE
Facility      : STILES (ST)
                3060 FM 3514
                BEAUMONT  TX  77705
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 16H-286C2013      Requistion: C57598412001
Drawn:10/12/16 04:52    Received:10/12/16 20:52    Reported: 10/12/16 21:57
```

Procedure: FREE T4

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| FREE T4 | 1.28 | | ng/dL | 0.78-2.20 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Timothy C Allen, MD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

Lab Data Imported From UTMB - Galveston Lab System

---

```
Patient Name  : MCFERRIN, ERVIN L
Patient Id    : 1607758
Patient Phone :
Date of Birth : __/__/1965
SS#           : --    Sex  : Male
```

---

```
Ordering
Physician     : NATHAN, PRADAN
Facility      : STILES (ST)
                3060 FM 3514
                BEAUMONT  TX  77705
```

---

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

---

```
Accession: 16H-278C1880      Requistion: C57021273003
Drawn:10/04/16 05:27   Received:10/04/16 20:33    Reported: 10/04/16 20:56


Procedure: VALPROIC ACID, TOTAL
     Therapeutic Range:    50-100 ug/mL
     Toxic Range:          Greater than 100 ug/mL
VALPROIC ACID, TOTAL       43                      ug/mL                      HG



Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555      Timothy C Allen, MD
```

---

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

EXHIBIT C
BLOOD PROBLEMS:
Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : MCFERRIN, ERVIN L
Patient Id    : 1607758
Patient Phone :
Date of Birth : MM/DD/1965
SS#           : --    Sex   : Male
```

```
Ordering
Physician     : NATHAN, PRADAN
Facility      : STILES (ST)
                3060 FM 3514
                BEAUMONT  TX  77705
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| Accession: 16H-278H0904 | Requision: C57021273004 | | | | |
| Drawn:10/04/16 05:27 | Received:10/04/16 20:26 | | Reported: 10/05/16 00:11 | | |
| Procedure: CBC WITH DIFFERENTIAL | | | | | |
| WHITE BLOOD CELL COUNT | 5.32 | | 10*3/uL | 4.20-10.70 | HG |
| RED BLOOD CELL COUNT | 4.63 | | 10*6/uL | 4.26-5.52 | HG |
| HEMOGLOBIN | 13.7 | | g/dL | 12.2-16.4 | HG |
| HEMATOCRIT | 43.7 | | % | 38.4-49.3 | HG |
| MEAN CORPUSCULAR HGB | 29.6 | | pg | 26.1-32.7 | HG |
| MEAN CORPUSCULAR VOLUME | 94.4 | | fL | 81.7-95.6 | HG |
| MEAN CORP HGB CONCENTRATION | 31.4 | | g/dL | 31.2-35.0 | HG |
| RED CELL DISTRIBUTION WIDTH | 13.0 | | % | 12.1-15.4 | HG |
| RED CELL DISTRIBUTION WIDTH SD | 44.5 | | fL | 38.5-51.6 | HG |
| PLATELET COUNT | 193 | | 10*3/uL | 150-328 | HG |
| MEAN PLATELET VOLUME | 11.7 | | fL | 9.8-13.0 | HG |
| PERCENT NUCLEATED RBCS FOR AU- TO DIFF | 0.0 | | /100 WB- Cs | 0.0-10.0 | HG |
| NRBC ABSOLUTE COUNT | <0.01 | | 10*3/uL | | HG |
| PERCENT SEGMENTED NEUTROPHILS | 35.9 | | % | | HG |
| LYMPH PERCENT | 48.5 | | % | | HG |
| MONOCYTE PERCENT | 13.5 | | % | | HG |
| EOSINOPHIL PERCENT | 1.7 | | % | | HG |
| BASOPHIL PERCENT | 0.2 | | % | | HG |
| IMMATURE GRANS FOR AUTODIFF | 0.20 | | % | | HG |
| ABSOLUTE SEGMENTED NEUTROPHILS | 1.91 | L | 10*3/uL | 1.99-6.95 | HG |
| LYMPHOCYTE ABSOLUTE | 2.58 | | 10*3/uL | 1.10-3.20 | HG |
| MONOCYTE ABSOLUTE | 0.72 | | 10*3/uL | 0.40-1.00 | HG |
| EOSINOPHILS ABSOLUTE | 0.09 | | 10*3/uL | 0.06-0.53 | HG |
| BASOPHILS ABSOLUTE | <0.03 | | 10*3/uL | 0.00-0.09 | HG |
| ABSOLUTE IMMATURE GRANULOCYTES | <0.03 | | 10*3/uL | 0.00-0.06 | HG |
| BURR CELLS | 2+ | | | | HG |
| PLATELET ESTIMATE | Normal | | | Normal | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Timothy C Allen, MD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

```
Print Date: 10/05/2016 00:23                          Page: 1/1
Electronically Signed by NATHAN, PRADAN A. M.D. on 10/06/2016.
##And No Others##
```

EXHIBIT D

**SUBJECT:** *State briefly the problem on which you desire assistance.* BLOOD PROBLEMS.

DEAR
   MEDICAL RECORDS,

            I WOULD LIKE TO SET UP APPOINMENT, ABOUT MY

LAB WORK, I TOOK LAST MONTH. ANY ASSISTANCE YOU CAN

PROVIDE WILL BE GREATLY APPRECRATED.

NOV 10 2016

Name: MR. ERVIN LEE McFERRIN   No: 1607758   Unit: MARK STILES

Living Quarters: 7-I-4B   Work Assignment: UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

You will be layed in    11/10/16

☆I-60 (Rev. 11-90)

```
Patient Name  : MCFERRIN, ERVIN L
Patient Id    : 1607758
Patient Phone :
Date of Birth : ??/??/1965
SS#           : --    Sex  : Male
```

```
Ordering
Physician   : GLENN, EMMA
Facility    : STILES (ST)
              3060 FM 3514
              BEAUMONT  TX  77705
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 16H-349C2322      Requistion: C58436085001
Drawn:12/14/16 03:52    Received:12/14/16 23:18    Reported: 12/15/16 00:32
```

Procedure: PROSTATIC SPECIFIC ANTIGEN

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| PROSTATIC SPECIFIC ANTIGEN | 0.36 | | ng/mL | <=4.00 | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Timothy C Allen, MD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic



> EXHIBIT: P
> BLOOD PROBLEM:

# CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** MCFERRIN, ERVIN L   **TDCJ#:** 1607758   **Date:** 12/16/2016 13:27   **Facility:** STILES (ST)

| | | |
|---|---|---|
| ALBUMIN | 3.8 | 3.9 |
| ALK PHOS | 61 | 63 |
| ALT | 34 | 21 |
| ANION GAP | 14 | 14 |
| AST | 34 | 25 |
| BILI T | 0.5 | 0.4 |
| BUN | 14 | 17 |
| CALCIUM | 9.0 | 9.2 |
| CHLORIDE | 102 | 98 |
| CHOL | 176 | |
| CO2 TOTAL | 28 | 27 |
| CREATININE | 1.00 | 1.07 |
| GLU | 101 | 150 [H] |
| HDL | 60 | |
| HDL CHOL | 2.9 | |
| LDL | 102 | |
| POTASSIUM | 4.5 | 4.0 |
| SODIUM | 144 | 139 |
| TOTAL PROTEIN | 7.0 | 7.2 |
| TRIGLYCERIDES | 69 | |
| VLDL | 14 | |
| HGBA1C | 6.1 [H] | 6.0 |

| | | |
|---|---|---|
| COAGULATION | 09/29/2016 07:54 | 03/29/2016 05:41 |
| PT INR | 1.0 | 1.0 |
| PT, Pro-Time | 12.9 | 13.0 |

| | |
|---|---|
| FRT | 03/30/2016 12:35 |
| FRT | 4.18 [A] |

| | | | |
|---|---|---|---|
| HEMATOLOGY | 10/04/2016 05:27 | 09/29/2016 07:54 | 03/29/2016 05:41 |
| BASO% | 0.2 | 0.2 | 0.2 |
| EOSINO% | 1.7 | 1.5 | 4.6 |
| GRAN IMMATURE | 0.20 | 0.20 | 0.20 |
| HCT | 43.7 | 44.0 | 43.0 |
| HEMOGLOBIN | 13.7 | 13.6 | 13.9 |
| LYMPH% | 48.5 | 48.0 | 56.5 |
| MCHC | 31.4 | 30.9 [L] | 32.3 |
| MCV | 94.4 | 95.9 [H] | 94.1 |
| MEAN CORP HGB | 29.6 | 29.6 | 30.4 |
| MEAN PLATELET V | 11.7 | 12.5 | 12.3 |
| MONO% | 13.5 | 12.9 | 12.3 |
| NRBC ABSOL | <0.01 | <0.01 | |
| PLT | 193 | 168 | 159 |
| RBC | 4.63 | 4.59 | 4.57 |
| RDW | 13.0 | 13.2 | 13.3 |
| RED CELL D | 44.5 | 46.5 | 45.7 |
| WBC | 5.32 | 4.65 | 5.2 |
| ABSOLUTE I | <0.03 | <0.03 | 0.01 |
| BASO ABS | <0.03 | <0.03 | 0.01 |
| EOSINO ABS | 0.09 | 0.07 | 0.24 |
| LYMPH ABS | 2.58 | 2.23 | 2.94 |
| MONO ABS | 0.72 | 0.60 | 0.64 |
| NEUTRO SEG | 1.91 [L] | 1.73 [L] | 1.36 [L] |

| | | | |
|---|---|---|---|
| INFLUENZA | 10/15/2016 08:23 | 02/02/2016 15:06 | 02/02/2016 15:05 |
| DOSE | 0.5 ML | 0.5 | 0.5 ML |
| LOT # | 1619401 | 1516701 | 1516701 |
| MFG | SEQIRUS | novartis | NOVARTIS |

3 of 6

EXHIBIT: C
BLOOD PROBLEMS

# CORRECTIONAL MANAGED CARE
## CLINIC NOTES

**Patient Name:** MCFERRIN, ERVIN L   **TDCJ#:** 1607758   **Date:** 12/16/2016 13:27   **Facility:** STILES (ST)

| | | | |
|---|---|---|---|
| REACTION | NONE | none | NO |
| REFUSAL | NO | no | NO |
| ROUTE | IM | im | IM |
| SITE | LD | left deltoid | LD |
| VIS ISSUED | YES | yes | YES |

| | | |
|---|---|---|
| PATHOLOGY | 09/16/2016 05:36 | |
| CULTURE, INDWEL | <10,000 CFU/mL | |

| | |
|---|---|
| POINT OF CARE TESTS | 12/19/2015 09:31 |
| HEMOCCULT | NEG |
| HEMOCCULT 2 | NEG |
| HEMOCCULT 3 | NEG |

| | | | | |
|---|---|---|---|---|
| RIA | 12/14/2016 03:52 | 10/12/2016 04:52 | 09/16/2016 05:33 | 03/29/2016 05:41 |
| PSA | 0.36 | | 0.45 | |
| FREE T4 | | 1.28 | | |
| AFP | | | | 3.1 |

| | |
|---|---|
| TDM/TOX | 10/04/2016 05:27 |
| VALPROIC TOTAL | 43 |

| | |
|---|---|
| THYROID | 09/29/2016 07:54 |
| TSH | 6.67 [H] |

| | |
|---|---|
| URINALYSIS | 09/16/2016 05:36 |
| APPEARANCE | Clear |
| BILIRUBIN URINE | Negative |
| BLOOD URINE | Negative |
| COLOR | Light Yellow [A] |
| GLUCOSE QUAL UR | Normal |
| KETONES URINE | Negative |
| LEUKOCYTE ESTER | Negative |
| NITRITE URINE | Negative |
| PH URINE | 6.0 |
| PROTEIN URINE | Negative |
| SPEC GRAVITY UR | 1.009 |
| UROBILINOGEN UR | Normal |

| | | | | |
|---|---|---|---|---|
| Misc Lab Results | 10/04/2016 11:41 | 10/04/2016 05:27 | 09/29/2016 07:54 | 03/30/2016 12:35 |
| MELD | 6 | | | 7 [A] |
| PERCENT NU | | 0.0 | 0.0 | |
| PERCENT SE | | 35.9 | 37.2 | |
| BURR CELLS | | 2+ | 2+ | |
| PLATELET E | | Normal | Normal | |
| EGFR AFRIC | | | 95.5 | |
| EGFR NON-A | | | 78.8 | |

| Date Time | BP | Pulse | Resp | Wgt | Hgt | BMI | Temp | FI02 | O2 Flow | O2 Sat | PF1 | PF2 | PF3 | PL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/16/2016 08:44AM | 128/84 (SI) | 52 (SI) | 14 | 198 LB | | | 97.4 (OR) | | 0.00 | RA | | | | |
| 12/14/2016 11:32AM | 118/63 (SI) | 57 (SI) | 18 | 197.2 LB | 67 IN | 31 | 98 (OR) | | 0.00 | RA | | | | 10 |

4 of 6

**SUBJECT:** *State briefly the problem on which you desire assistance.*

BLOOD PROBLEMS:

DEAR

MEDICAL RECORD ~~████~~ I NEED YOU TO SET ME UP APPOINT-MENT TO SEE WHAT WAS THE OUT COME OF MY LAB WORK THANK YOU. ANY ASSISTANCE YOU CAN PROVIDE WILL BE GREALTY APPRECRATED.

Name: MR. ERVIN LEE MCFERRIN   No: 2607758   Unit: MARK STILES

Living Quarters: 8-L-30 B   Work Assignment: UNSIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

You will be layed in   12/29/16

RECEIVED DEC 29 2016

☆I-60 (Rev. 11-90)

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : MCFERRIN, ERVIN L
Patient Id    : 1607758
Patient Phone :
Date of Birth : ##/##/1965
SS#           : --    Sex  : Male
```

```
Ordering
Physician  : BARBER, MARK
Facility   : STILES (ST)
             3060 FM 3514
             BEAUMONT  TX  77705
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

```
Accession: 17H-005C2660      Requistion: C57712274001
Drawn:01/05/17 09:45   Received:01/06/17 02:57    Reported: 01/06/17 03:37


Procedure: THYROID STIMULATING HORMONE
THYROID STIMULATING HORMONE   1.12                mIU/L   0.45-4.70    HG


Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Timothy C Allen, MD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

"EXHIBIT:K
BLOOD PROBLEMS":

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name  : MCFERRIN, ERVIN L
Patient Id    : 1607758
Patient Phone :
Date of Birth : 01/09/1965
SS#           : --    Sex  : Male
```

```
Ordering
Physician     : LASTRAPES, MICHELLE
Facility      : STILES (ST)
                3060 FM 3514
                BEAUMONT  TX  77705
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 17H-020C1646      Requistion: C57809845001
Drawn:01/20/17 11:06    Received:01/20/17 20:57    Reported: 01/20/17 21:13

Procedure: GLUCOSE FASTING

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLUCOSE FASTING | 112 | H | mg/dL | 70-110 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555     Timothy C Allen, MD

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

EXHIBIT "6

BLOOD PROBLEMS :

G

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name   : MCFERRIN, ERVIN L
Patient Id     : 1607758
Patient Phone  :
Date of Birth  : 4M/2R/1965
SS#            : --    Sex  : Male
```

```
Ordering
Physician     : LASTRAPES, MICHELLE
Facility      : STILES (ST)
                3060 FM 3514
                BEAUMONT  TX  77705
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|

Accession: 17H-020C1647      Requistion: C57809845002
Drawn:01/20/17 11:06    Received:01/20/17 20:57    Reported: 01/21/17 03:41

Procedure: GLYCOSYLATED HEMOGLOBIN (A1C)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|-----------|--------|----------|------|-----------------|--------|
| GLYCOSYLATED HEMOGLOBIN (A1C) | 6.3 | H | % | 4.0-6.0 | HG |

Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Timothy C Allen, MD

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

Lab Data Imported From UTMB - Galveston Lab System

```
Patient Name   : MCFERRIN, ERVIN L
Patient Id     : 1607758
Patient Phone  :
Date of Birth  : 06/00/1965
SS#            : --    Sex  : Male
```

```
Ordering
Physician      : BARBER, MARK
Facility       : STILES (ST)
                 3060 FM 3514
                 BEAUMONT  TX  77705
```

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|

Accession: 17H-025C2143    Requision: C59004752001
Drawn:01/25/17 11:07    Received:01/25/17 21:59    Reported: 01/25/17 22:20

Procedure: COMP. METABOLIC PANEL (80053)

| Test Name | Result | ABN Flag | Unit | Reference Range | LAB ID |
|---|---|---|---|---|---|
| SODIUM SERUM | 140 | | mmol/L | 135-145 | HG |
| POTASSIUM SERUM | 4.4 | | mmol/L | 3.5-5.0 | HG |
| CHLORIDE SERUM | 96 | L | mmol/L | 98-108 | HG |
| CO2 TOTAL | 32 | H | mmol/L | 23-31 | HG |
| ANION GAP, BLOOD | 12 | | | 2-16 | HG |
| BLOOD UREA NITROGEN | 19 | | mg/dL | 7-23 | HG |
| GLUCOSE | 137 | H | mg/dL | 70-110 | HG |
| CREATININE SERUM | 1.24 | | mg/dL | 0.60-1.25 | HG |
| BILIRUBIN TOTAL | 0.5 | | mg/dL | 0.1-1.1 | HG |
| CALCIUM, SERUM | 9.5 | | mg/dL | 8.6-10.6 | HG |
| PROTEIN TOTAL SERUM | 7.6 | | g/dL | 6.3-8.2 | HG |
| ALBUMIN, SERUM | 4.1 | | g/dL | 3.5-5.0 | HG |
| ALKALINE PHOSPHATASE, TOTAL | 74 | | U/L | 34-122 | HG |
| ALANINE AMINO TRANSFERASE (SGPT | 46 | | U/L | 9-51 | HG |
| SGOT) ASPARATE AMINO TRANSFER | 33 | | U/L | 13-40 | HG |
| EGFR NON-AFRICAN AMERICAN | 61.5 | | mL/min/-1.73m2 | | HG |
| EGFR AFRICAN AMERICAN | 74.5 | | mL/min/-1.73m2 | | HG |

```
Test Performed at:  HG
UTMB Lab Pathology Clinical Services
301 University Boulevard
Galveston, TX 77555    Timothy C Allen, MD
```

L Low, LL Panic Low, H High, HH Panic High, A Abnormal, AA Panic

```
Print Date: 01/25/2017 22:23                     Page: 1/1
Electronically Signed by BARBER, MARK A. DO on 01/26/2017.
```

**EXHIBIT I**
**BLOOD PROBLEMS;**



nonprescription product. For certain conditions (such as arthritis), it may take up to two weeks of taking this drug regularly until you get the full benefit. If you are taking this drug "as needed" (not on a regular schedule), remember that pain medications work best if they are used as the first signs of pain occur. If you wait until the pain has worsened, the medication may not work as well. If your condition persists or worsens, or if you think you may have a serious medical problem, get medical help right away. If you are using the nonprescription product to treat yourself or a child for fever or pain, consult the doctor right away if fever worsens or lasts more than 3 days, or if pain worsens or lasts more than 10 days.

**SIDE EFFECTS:** See also Warning section. Upset stomach, nausea, vomiting, headache, diarrhea, constipation, dizziness, or drowsiness may occur. If any of these effects persist or worsen, tell your doctor or pharmacist promptly. If your doctor has prescribed this medication, remember that he or she has judged that the benefit to you is greater than the risk of side effects. Many people using this medication do not have serious side effects. This medication may raise your blood pressure. Check your blood pressure regularly and tell your doctor if the results are high. Tell your doctor right away if you have any serious side effects, including: easy bruising/bleeding, hearing changes (such as ringing in the ears), mental/mood changes, swelling of the ankles/feet/hands, sudden/unexplained weight gain, unexplained stiff neck, signs of kidney problems (such as change in the amount of urine), vision changes, unusual tiredness. This drug may rarely cause serious (possibly fatal) liver disease. Get medical help right away if you have any symptoms of liver damage, including: dark urine, persistent nausea/vomiting/loss of appetite, stomach/abdominal pain, yellowing eyes/skin. A very serious allergic reaction to this drug is rare. However, get medical help right away if you notice any symptoms of a serious allergic reaction, including: rash, itching/swelling (especially of the face/tongue/throat), severe dizziness, trouble breathing. This is not a complete list of possible side effects. If you notice other effects not listed above, contact your doctor or pharmacist. In the US - Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your doctor for medical advice about side effects. You may report side effects to Health Canada at 1-866-234-2345.

**PRECAUTIONS:** Before taking ibuprofen, tell your doctor or pharmacist if you are allergic to it; or to aspirin or other NSAIDs (such as naproxen, celecoxib); or if you have any other allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Talk to your pharmacist for more details. Before taking this medication, tell your doctor or pharmacist your medical history, especially of: asthma (including a history of worsening breathing after taking aspirin or other NSAIDs), blood disorders (such as anemia, bleeding/clotting problems), growths in the nose (nasal polyps), heart disease (such as previous heart attack), high blood pressure, liver disease, stroke, throat/stomach/intestinal problems (such as bleeding, heartburn, ulcers). Kidney problems can sometimes occur with the use of NSAID medications, including ibuprofen. Problems are more likely to occur if you are dehydrated, have heart failure or kidney disease, are an older adult, or if you take certain medications (see also Drug Interactions section). Drink plenty of fluids as directed by your doctor to prevent dehydration and tell your doctor right away if you have a change in the amount of urine. This drug may make you dizzy or drowsy. Do not drive, use machinery, or do any activity that requires alertness until you are sure you can perform such activities safely. Limit alcoholic beverages. This medicine may cause stomach bleeding. Daily use of alcohol and tobacco, especially when combined with this medicine, may increase your risk for stomach bleeding. Limit alcohol and stop smoking. Consult your doctor or pharmacist for more information. This medication may make you more sensitive to the sun. Limit your time in the sun. Avoid tanning booths and sunlamps. Use sunscreen and wear protective clothing when outdoors. Tell your doctor right away if you get sunburned or have skin blisters/redness. Before having surgery, tell your doctor or dentist about all the products you use (including prescription drugs, nonprescription drugs, and herbal products). Older adults may be more sensitive to the effects of this drug, especially stomach/intestinal bleeding and kidney problems. Before using this medication, women of childbearing age should talk with their doctor(s) about the benefits and risks (such as miscarriage, trouble getting pregnant). Tell your doctor if you are pregnant or if you plan to become pregnant.

④

# Texas Department of Criminal Justice

## STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: 2017038598

Date Received: 11-10-16

Date Due: 12-25-16

Grievance Code: 608

Investigator ID #: 2251

Extension Date: _____

Date Retd to Offender FEB 0 6 2017

**Offender Name:** ERVIN LEE McFERRIN   **TDCJ #** 1607758

**Unit:** MARK STILES   **Housing Assignment:** 7-I-4B

**Unit where incident occurred:** MARK W. STILES UNIT

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? EMERGENCY GRIEVANCE/MS. LASTRAPES   When? 10/31/16

What was their response? NO RESPONSE

What action was taken? NONE

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

ON 10/31/16 THE INFIRMARY SENT ME A LAY-IN TO SEE MS. MICHELLE LASTRAPER/PA-C PHYSICAL ASSISTANT ON THE DMS THAT DAY. I TOLD HER ABOUT MY LOW BLOOD PROBLEM. MS. LASTRAPES DENIAD ME MEDICAL TREATMENT. AND NOT FOLLOWING MARK W. STILES UNIT MEDICAL DEPARTMENT POLICY RULES. I AM A UNIT STATES CITIZEN MS. LASTRAPER NOT HELP MY CHRONIC CARE ILLNESS, I HAVE FOR LIFE TI IS GETTING WORSE EVERY DAY. THIS IS CLEAR A DELIBERTELY INDIFFERENCE PAIN AND STUFFERING. IN VIOLATION OF THE EIGHTH AMENDMENT. ALSO A CRUEL AND UNUSUAL PUNISHMENT AND OTHER PROVIDERS ARE MS. EMMA GLENN, MR. NATHAN PRADAN, MR. TIMOTHY C. ALLEN, MS. MICHELLE LASTRAPES AND MR. MARK BARBER. THIS IS UNPROFESSIONARY WORK, THEY ARE NOT FOLLOWING POLICY. MY CIVIL RIGHTS HAVE BEEN VIOLATE UNDER BOTH FEDERAL AND STATE CONSTITUTION LAWS. MY SERIOUS CHRONIC MEDICAL ILLNESSES FOR A GREAT LENGTH OF TIME AND U.T.M.B. OR T.D.C.J IS WELL AWARE OF IT. I HAVE I-60'S AND OTHER DOCU-MENTS. I'M BEING VICTIMIZED BY MARK W. STILES UNIT ADMIN-ISTATIVELY MEDICAL AND GRIEVANCE DEPARTMENT. ALSO GOING TO BE HELD LIABLE FOR THEIR ACTION.

---

**I-127 Front** (Revised 11-2010)   **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**   (OVER)

Appendix F

NOV 1 0 2018

**Action Requested to resolve your Complaint.** MARK W. STILES UNIT MEDICAL DEPARTMENT HELP ME WITH MY CHRONIC CARE ILLNESS NOV

**Offender Signature:** Mr. Ervin Lee McFerrin          **Date:** 11/9/16

**Grievance Response:**

Mr. McFerrin, according to your medical record, you were seen and assessed by the provider via DMS. Vitals were taken and were within normal limits. Your labs were reviewed and discussed with you. This appointment was not a chronic care appointment. Your chronic care appointment is pending. Please keep all future appointments and submit a SCR if you need immediate assistance. Medical strives to provide quality care. This grievance is unsubstantiated.

**Signature Authority:** _____          **Date:** L/3/17

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

I-127 Back (Revised 11-2010)

Appendix F

EXHIBIT O

BLOOD PROBLEMS:

2



THE ARBITRARY ACTIONS OF THE DEPARTMENT MEDICAL BOARD MANAGER. THANK YOU. ALSO MS. WARD IS HOLDING MY STEP 1 AND STEP 2 OVER 45 DAYS ~~██████~~ THIS IS CLEAR DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS, A VIOLATION UNDER EIGHTH AMENDMENT. CRUEL AND UNUSUAL PUNISHMENT.

Offender Signature: *Mr Ervin Lee McFerrin*    Date: 2/8/17

**Grievance Response:**

A review of the Step 1 medical grievance was completed regarding your complaint you were denied treatment by the Digital Medical Services (DMS) provider on 10/31/2016. You stated you have low blood and she refused to treat you.

An attempt was made to interview you on 3/1/2017. You did not attend the scheduled lay-in after being called out by security.

Review of the health record indicated you were seen by the provider and advised your labs were within normal limits at that time. No change to your treatment care plan was made at that time.

All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment. While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. No further investigation is warranted through the grievance process for this issue.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS
TDCJ HEALTH SERVICES DIVISION

Signature Authority: _____    Date: 3-7-17

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened | ____ Improperly Submitted |
| Comments: | |
| Date Returned to Offender: | |

I-128 Back (Revised 11-2010)                    Appendix G

# STATE OF CLAIMS/FACTS ADDITIONAL

① PLAINTIFF WROTE A COMPLAIN TO GRIEVANCE DEPART-MENT. ② AND OVER DUE CIVIL RIGHT VIOLATIONS ABOUT MARK W. STILES UNIT DEPARTMENT MEDICAL-3060 FM 3514-BEAUMONT TEXAS 77705-7635. ③ THEIR STAFF MEMBERS ARE EMMA GLENN, MARK BARBER, MICHELLE LASTRAPES, NATHAN PRADAN AND TIMOTHY C. ALLEN. ④ KNOWING, I HAVE BLOOD PROBLEMS, KEEP ME IN GETTING LAB TESTING ALWAYS. ⑤ THIS IS CLEAR DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS. IN VIOLATIONS UNDER EIGHTH AMENDMENT. CRUEL AND UNUSUAL PUNISHMENT.

## GRIEVANCE LEGAL CLAIMS

ELEVENTH AMENDMENT BARRED STATE PRISON INMATE'S $1983 CLAIMS AGAINST PRISON'S MEDICAL DEPART-MENT AND AGAINST PRISON SUPERINTENDENT IN HIS OFFICIAL CAPACITY, ALLEGING THAT INMATE SUFFERED FROM LUPUS. BUT HAD BEEN MET WITH DELIBERATE INDIFFERENCE IN HIS REPEATED ATTEMPTS TO OBTAIN TREATMENT WHILE CONFINE; STATE HAD CONSENTED TO SUIT UNDER $1983 SAXON V. ATTICE MEDICAL DEPT. WDNY 2007.

1 OF

INMATE MUST RELAY ON PRISON AUTHORITIES TO TREAT HIS MEDICAL NEEDS, IF THE AUTHORITIES FAIL TO DO SO, THOSE NEEDS WILL NOT BE MET." ESTELLE V. GAMBLE, 429 U.S. 97, 103 (1976).

INMATE, AS PRO SE LITIGANT PROCEEDING IN FORMA PAUPERIS AGAINST PRISON'S HEALTH CARE PROVIDER UNDER §1983, HAD NO CONSTITUTIONAL OR SATUTORY RIGHT TO REPRESENTATION BY COUNSEL DANIELS V. CORRECTIONAL MEDICAL SERVICES, INC., D. DEL. 2005, 380 F. SUPP. 2D 379, AFFIRMED 174 FED. APPX. 655, 2006 WL 623039. FEDERAL CIVIL PROCEDURE-1951.28

DELIBERATE INDIFFERENCE STANDARD WOULD BE APPLIED TO PRETRIAL DETAINEE'S CLAIM UNDER DUE PRO- CESS CLAUSE OF INADEQUATE MEDICAL CARE DAVIS V. HALL, C.A. 8 (MO.) 1993, 992 F. 2D 151 RENEAR- ING DENIED CONSTITUTIONAL LAW - 4545(2).

## LEGAL CLAIMS:

DEFENDANT(S) (1-5) VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUED PLAINTIFF IN LIBERTY INTEREST TO SOCIETY WITH CONFLICT ABUSE. VIOLATION 2 OF

(9)

UNDER THE FIRST (1ST) AMENDMENT OF THE UNITED STATES CONSTITUTION. OVER MORE VIOLATIONS OF PLAINTIFF'S LIBERTY (FREEDOM) WITH DISCRIMINATE !

RETALIATE ACTS TOWARD PLAINTIFF'S RIGHTS UNDER THE FOURTHTEENTH (14TH) AMENDMENT OF THE UNITED STATES CONSTITUTION DEFENDANT(S) HAS DEPRIVED PLAINTIFF OF THESE A BRIDGED PRIVILEGE AND IMMUNITIES AS A UNITED STATES UNIT MEDICAL DEPARTMENT AND UTMB AT GALVESTON TEXAS AND BEAUMONT TEXAS. IN SAID COMPLAINT 42 U.S.C. 1983 SUITE, DEPARTMENT(S) USED A PANEL OF SELF POLICIES/RULES AND REGULATIONS TO RETROACTIVELY VIOLATE PLAINTIFF'S FOURTH, FIFTH, AND SIXTH (4TH 5TH AND 6TH) AMENDMENT RIGHTS TO COURTS, TRIALS, SENTENCINGS AND PROCEEDINGS. PLAINTIFF HAS NO PAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO ADDRESS THE WRONG(S) DESCRIBED HERE IN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREARABLY INJURED BY CONDUCT OF THE DEFENDANT(S). UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

3 OF

## PRAY FOR RELIEF:

WHERE FORE PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGEMENT GRANTING THE PLAINTIFF'S:

A DECLARATION THAT THE ACTS AND OMISSIONS.

DESCRIBED HERE IN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT(S): ① EMMA GLENN, ② MARK BARBER, ③ MICHELLE LASTRAPES, ④ NATHAN PRADAN AND TIMOTHY C. ALLEN. TO STOP RETROACTIVELY USES OF DISCRETION REVIEWING PLAINTIFF AS DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS. IN VIOLATIONS UNDER EIGHTH AMENDMENT. CRUEL AND UNUSUAL PUNISHMENT.

COMPENSATORY DAMAGES IN THE AMOUNT OF $150,000.00 AGAINST EACH DEFENDANT.

PUNITIVE DAMAGES IN THE AMOUNT OF $25,000.00 AGAINST EACH DEFENDANT.

A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY PLAIN-
-TIFF'S COSTS IN THIS SUIT. ANY ADDITIONAL RE-
-LIEF THIS COURT DEEMS JUST PROPER AND EQUITABLE.

MAY 11 2017

RESPECTFULLY SUBMITTED

X Ervin Lee Mc Ferrin

ERVIN LEE MCFERRIN #1607758

MARK W. STILES UNIT

3060 FM 3514

BEAUMONT TX 77705-7635

PRO/SE


I ERVIN LEE MCFERRIN #1607758 PLAINTIFF, CERTIFY
THAT A TRUE COPY OF THE FORE GOING HAS BEEN
SERVED BY PLACING SAME IN THE UNITED STATES
MAIL, POSTAGE PREPAID ON  MAY 11, 2017  __ ADDRESS
TO:

DEFENDANT(S)

EMMA GLENN, MARK BARBER, MICHELLE LASTRAPES, NATHAN
PRADAN AND TIMOTHY C. ALLEN.

MARK W. STILES UNIT-3060 FM 3514-BEAUMONT TX 77705
AND OR  HOSPITAL GALVESTON -P.O. BOX 48 SUB STATION
- GALVESTON TEXAS 77555.

5 OF

⑨

TO HONORABLE,

JUDGE AND CLERK,

I ERVIN LEE McFERRIN #1607158 AT MARK W. STILES UNIT - 3060 FM 3514 - BEAUMONT TEXAS 77705. THE PLAINTIFF YOUR UNITED STATES DISTRICT COURT 300 WILLOW STREET SUIT 104 - BEAUMONT TEXAS 77701 - 2217 WITH HELD MY DOCUMENTIONS BEFORE DISMISSED OR DENIED. MY CIVIL RIGHTS LEGAL FEDERAL LAW SUITS. THIS IS CLEAR TAMPING WITH FEDERAL DOCUMENTIONS. AND PURGING UNDER OATH IN UNITED STATES OF AMERCIA. THEY ARE GOING TO BE HELD LIABLE FOR THEIR ACTION.

SINCERELY

Ervin Lee McFerrin

6 OF

SUBJECT. *State briefly the problem on which you desire assistance.* EXHIBIT: P          ⑦

DEAR,

Miss. M BARROW AND MEDICAL CHRONIC CARE,

PLEASE SEND ME A UPDATE ON, MY MEDICATION

PRINT PASS. ANY ASSISTANCE YOU CAN PROVIDE WILL BE

GREATLY APPRECRATED. ALSO NOT HELP ME WTHIT BLOOD PROBLEMS. THE
PROVIDERS ARE MS GLENN, MS LASGRAPES, MR. BARBER, MR. ALLEN AND MR. PRADAN.

Name: MR. ERVIN LEE MCFERRIN    No: 160 7758    Unit: MARK STILES

Living Quarters: 7-I-14B    Work Assignment: UNASIGN MEDICAL

DISPOSITION: (Inmate will not write in this space)

Duplicate

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Miss. M Barrow and Medical Care DATE: 12/23/15

(Name and title of official)

ADDRESS: Mark Stiles Unit

SUBJECT: *State briefly the problem on which you desire assistance.* EXHIBIT: Q

(9)

DEAR,

MEDICAL RECORD

HI ARE YOU DOING TODAY I HOPE THIS NOTE FIND YOU

IN THE MEMBES COULD LAY ME IN ABOUT MY LAB TEST. ANY ASSIS. YOU CAN

PROVIDE WILL BE GREATLY APPRECIAT. ALSO PROVIDER    FEB 2 6 2017

ARE MS. GLENN, MR. BARBER, MR. PRADAN, MR. ALLEN,

AND MS. LASTRAPES. DELIBERATE INDIFFERENCE TO A SERIOUS BY.    -MEDICAL

NEEDS.

Name: MR. ERWIN LEE McFERRIN          No: 1607959          Unit: MARK STILES

Living Quarters: _____ 7-H-6B _____          Work Assignment: ____ UM ____

DISPOSITION: (Inmate will not write in this space)

YOU WILL BE LAID IN

2/27/17

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MEDICAL RECORD _____ DATE: 2/22/17
                (Name and title of official)

ADDRESS: _____ MARK W-STILE UNIT _____

⑨

**SUBJECT:** *State briefly the problem on which you desire assistance.* EXHIBIT: R

DEAR

MEDICAL RECORDS

I WENT TO GET LAB WORK DONE ON MARCH 10,201?

I WOULD LIKE TO KNOW THE OUT COME OF MY TEST PLEASE. ANY

ASSISTANCE YOU CAN PROVIDE WILL BE GREATLY APPRECIATED

THANK YOU. ALSO DENIED ME MEDICAL TREATMENT. CRUEL AND UNUSUAL

PUNISHMENT

Name: MR. ERVIN LEE McFERRIN    No: 1607758    Unit: MARK STILES

Living Quarters: 7-H-6B    Work Assignment: UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

RECEIVED

MAR 16 2017

BY: _____

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: __MEDICAL RECORD__    DATE: __3/10/17__

(Name and title of official)

__MARK W. STILES__

ADDRESS: _____

(9)

**SUBJECT:** *State briefly the problem on which you desire assistance.* EXHIBIT: S

DEAR

Medical CHRONIC CARE AND MEDICAL RECORDS,

PLEASE SEND ME A UPDATE ON MY MEDICATION

PRINT PASS, ANY ASSISTANCE YOU CAN PROVIDE WILL BE

GREATLY APPRECRIATED. ALSO DENIED ME HELP KNOWING BLOOD PRO-
BLEMS. THE PROVIDERS ARE MS. GLENN, MS. LASTRAPES MR. BARBER MR. ALLEN AND MR. BROWN

Name: MR. FRUINLEY MCFERRIN    No: 1607758    Unit: MARK W. STILES

Living Quarters: 7-I-4B    Work Assignment: UNSIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

this has been sent this week

Lear 3-18-16

RECEIVED
MAR 17 2016
BY:

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❏ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❏ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❏ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❏ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❏ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❏ *Parole requirements and related information (Unit Parole Counselor)*

7. ❏ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❏ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MEDICAL RECORDS AND MEDICA DATE: 3/15/1c

(Name and title of official)

MARK W. Stiles Unit

ADDRESS:

**SUBJECT:** *State briefly the problem on which you desire assistance.* EXHIBIT: T

⑨

DEAR

MEDICAL AND MEDICAL RECORDS,

RECEIVED
AUG 20 2016

I WOULD LIKE YOU TO SEND A HEALTH SUMMARY

FOR CLASSIFICATION. ANY ASSISTANCE YOU CAN PROVIDE WILL

BE GREATLY APPRECIATED. ALSO THESE PROVIDERS DENIED ME HELP DUE TO MY BLOOD PROBLEMS ARE MR BARBER, MSGLENN, MS. CASTRAPES, MR ALLEN AND MR BROWN

Name: MR. ERVIN LEE McFERRIN   No: 1607758   Unit: MARK STILES

Living Quarters: 7-T-4B   Work Assignment: UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

See attached HSM-8

8/22/16

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MEDICAL RECORDS AND MEDICAL DATE: 8/19/16

(Name and title of official)

ADDRESS: MARK W STILES UNIT

⑦

**SUBJECT:** *State briefly the problem on which you desire assistance.*    EXHIBIT: U

DEAR

MEDICAL

I WOULD LIKE YOU TO SEND ME A UPDATE OF MY

MEDICATIONS AND HEALTH SUMMARY PRINT OUT

THANK YOU. AND THESE PROVIDE ARE NOT HELPING ME WITH MY TREAT-

MENT BLOOD PROBLEMS ARE MS. GLENN, MR LABERAPE'S MR BARBER, MR

ALLEN AND MR. PRADAN. ARE GOING TO HELD LIABLE FOR THEIR ACTION.

Name MR. ERVIN LEE MSFERRIN    No: 1607758    Unit: MARK STILES

Living Quarters: 7-I-4B    Work Assignment: UNA SIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

See attached HSM-18
and Medication Print pass          10/4/16

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❏ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❏ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❏ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❏ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❏ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❏ *Parole requirements and related information (Unit Parole Counselor)*

7. ❏ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❏ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: __MEDICAL RECORDS AND MEDICAL__ DATE: __10/4/16__
       *(Name and title of official)*

ADDRESS: __MARK W STIES UNIT__

**SUBJECT:** *State briefly the problem on which you desire assistance.*  EXHIBIT : V                    ⑨

DEAR

MEDICAL

        I NEED TO SEE A DOCTOR ABOUT MY LAB

WORK. IT WAS DONE SOMETIME LAST MONTH. I SEEN

MARK BARBER / MD ~~MEDICAL~~ DIRECTOR. I NEED TO KNOW THE

OUT COME OF MY LAB WORK THANK YOU. ALSO PROVIDER ARE

DR. NATHAN ▉▉ PRADAN AND TIMOTHY ALLEN # 1607758

**Name:** McFERRIN LEE McFERRIN   **No:** 1607758   **Unit:** MARK STILES

**Living Quarters:** 7-L-4B           **Work Assignment:** UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

Sched Sick cal

[signature]

10-6-16

RECEIVED
OCT 06 2016
BY:

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MEDICAL CHRONIC CARE        DATE: 10/5/16

(Name and title of official)

ADDRESS: MARK W. STILES UNIT

**SUBJECT:** *State briefly the problem on which you desire assistance.*  EXHIBIT: W    (9)

DEAR

    MEDICAL

      I NEED TO BE SCHEDULE TOO SEE THE OUTCOME

OF MY LAB WORK TWO WEEK AGO. ANY ASSISTANCE YOU

CAN PROVIDE WILL BE GREATLY APPRECRATED. ALSO KNOWING

I HAVE BLOOD PROBLEMS ALSWAYS. THE PROVIDERS ARE MS.GLENN, MS.LAST-

RAPLS, MR.ALLEN, MR. BARBER AND MR.PRADAN. GOING TO BE HELD LIABLE FOR.

Name: MR. ERVIN LEE McFERRIN    No: 1607758    Unit: MARK STILES

Living Quarters:    7-I-4B    Work Assignment: UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)    NSC to discuss law work

RECEIVED
OCT 20 2016
BY: *Raleah*

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❏ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❏ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❏ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❏ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❏ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❏ *Parole requirements and related information (Unit Parole Counselor)*

7. ❏ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❏ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: __MEDICAL CHRONIC CARE__ DATE: __10/17/16__
      (Name and title of official)

ADDRESS: __MARK W. STILES UNIT__

**SUBJECT:** *State briefly the problem on which you desire assistance.* EXHIBIT: X

RECEIVED
OCT 20 2016

DEAR

MEDICAL AND MEDICAL RECORDS,

I WOULD LIKE YOU TO SEND ME A UPDATE

OF MY MEDICATION PRINT PASS. ANY ASSISTANCE YOU

CAN PROVIDE WILL BE GREALTY APPRECRATED. ALSO

THESE PROVIDER ARE MS. GLENN, MS. LASTRAPES, MR. BARBER, MR. ALLEN AND

MR. PRADAN DENIED TO HELP ME WITH MY LOW BLOOD PROBLEMS ALWAYS.

Name: MR. ERVIN LEE MCFERRIN    No: 1607758    Unit: MARK STILES

Living Quarters: 7-I-4B    Work Assignment: UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

See attached medication
print pass    10/20/16

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MEDICAL RECORDS AND MEDICAL DATE: 10/18/16
(Name and title of official)

ADDRESS: MARK W. STILES UNIT

**SUBJECT:** *State briefly the problem on which you desire assistance.* EXHIBIT: 4    ⑨

DEAR

MEDICAL

I WOULD LIKE TO SET UP APPOINMENT TOO SEE A

DOCTOR, DUE TO MY LOW BLOOD PROBLEM. ANY ASSISTANCE

YOU CAN PROVIDE WILL BE GREATLY APPRECRATED. ALSO I

HAVE BLOOD PROBLEMS THESE ████ PROVIDERS ARE MS. GLENN, MS. LAST

RAPES, MR. BARBER, MR. ALLEN AND MR. PRADAN. CRUEL AND UNUSUAL
PUNISHMENT

**Name:** MR. ERVIN LEE MCFERRIN    **No:** 1607758    **Unit:** MARK STILES

**Living Quarters:** 7-I-4B    **Work Assignment:** UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

Sch NSC

A Midkiffen

10/28/16

RECEIVED
OCT 28 2016
BY

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ❑ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ❑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ❑ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ❑ *Visiting List (Asst. Director of classification, Administration Building)*

6. ❑ *Parole requirements and related information (Unit Parole Counselor)*

7. ❑ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ❑ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MEDICAL CARE CHRONIC          DATE: 10/27/16
   (Name and title of official)

ADDRESS: MARK W. STILES UNIT

EXHIBIT: Z

RECEIVED
NOV 10 2016
By _____

(9)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

DEAR

    MEDICAL

        I NEED TOO SEE A DOCTOR. DUE MY LOW BLOOD

PROBLEM. BUT NOT SEE MS. LASTRAPES ON THE DMS, I PUT A

STEP 1 ON HER DENIAD ME MEDICAL TREATMENT ON 10/31/16.
ANY ASSISTANCE YOU CAN PROVIDE WILL BE GREATLY APPRECRATED.

Name: MR. ERVIN LEE McFERRIN    No: 1607758    Unit: MARK STILES

Living Quarters: 7-I-4B    Work Assignment: UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

Sch NSC: Low blood problem.
L Midkiffer
11/10/16

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — **INSTITUTIONAL DIVISION**

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MEDICAL CHRONIC CARE     DATE: 11/10/16
(Name and title of official)

ADDRESS: MARK W. STILES UNIT

⑨

SUBJECT: *State briefly the problem on which you desire assistance.* EXHIBIT: Z-1

DEAR MONTGOMERY, I ALSO WROTE MS. JANNE BELLANGER/NP NURSES MANAGER. I NEED TO SEE A DOCTOR ABOUT MY BLOOD PROBLEMS. THESE PROVIDER ARE MR. MARK BARBER/MD MEDICAL DIRECTOR, MR. DANIE GIDEON/MLP MID LEVEL PROVIDER, MR. DUNLAF BRENDAN/MLP MID LEVEL PROVIDER AND MS. EMMA GLENN/NP NURSE PRACTITIONAL. DENIED ME MEDICAL TREATMENT. YOU CAN CHECK MY MEDICAL RECORDS FILES. MARK W. STILES UNIT DEPARTMENT MEDICAL STAFF MEMBERS ARE NOT FOLLOWING POLICY DEDBERATE INDIFFERECE TO A MEDICAL NEEDS, IN VIOTATION UNDER EIGHTH AMENDMENT. CRUEL AND UNUSUAL PUNISHMENT.

Name: MR. ERVIN LEE McFERRIN    No: 1607758    Unit: MARK STILES

Living Quarters: 7-H-28    Work Assignment: UNASIGN MEDICAL

DISPOSITION: (Inmate will not write in this space)

RECEIVED
APR 26 2017
BY: _____

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: MR. MONTGOMERY / SR. PRACTICE MGR DATE: 4/24/17

(Name and title of official)

ADDRESS: MARK W STILES UNIT

**SUBJECT:** *State briefly the problem on which you desire assistance.*  EXHIBIT: Z2

DEAR

MEDICAL

I NEED TO SEE A DOCTOR It IS ABOUT MY BLOOD PROBLEMS, THESE PROVIDERS ON MARK W. STILES UNIT DEPARTMENT STAFF MEMBERS ARE MS. GLENN, MR. BARBER, MR. DUNLAP AND MR. DANIEL DENIED ME THE RIGHT MEDICATION DUE TO MY CHRONIC ILLNESS I HAVE. THIS HAS BEEN A ON GOING PROBLE EMS, I HAVE WROTE TO MS. BELLANGER/NP, MR. MONTGOMERY/SR AND MR. WILLIAMS/AG THEY ARE NOT FOLLOWING POLICY. THIS IS CLEAR DELIBERATE INDIFFERENCE TO A SERIOUS MEDICAL NEEDS. IN VIOLATION UNDER EIGHTH AMENDMENT. CRUEL AND UNUSUAL PUNISH MENT.

Name: MR. ERVIN MCFERRIN        No: 1607753        Unit: MARK STILES

Living Quarters: 7-H-6B        Work Assignment: UNASIGN MEDICAL

**DISPOSITION:** (Inmate will not write in this space)

You are scheduled for evaluation
L. Midkiffen
4/15/17

RECEIVED
APR 1 5 2017
BY:_____

☆I-60 (Rev. 11-90)

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden- if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _MEDICAL CHRONIC CARE_____   DATE: _4/14/17_
       (Name and title of official)

ADDRESS: _MARK W. STILES UNIT_____

DEAR

(9)

CLERK GREETING:

MAY 11, 2017

PLEASE FIND ENCLOSER PER COURT
ORDER THE PREVIOUS SIX-MONTH
INMATE TRUST FUND STATEMENT
NECESSARY TO PROCEED IN FORMA
PAUPERTS.

THANK YOU FOR ASSISTANCE IN
THIS MATTER.

(RESPECTFULLY SUBITTED)

(Ervin Lee McᶜTerin)

CLERK U.S. DISTRICT COURT
RECEIVED
MAY 15 2017
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

CLERK U.S. DISTRICT COURT
RECEIVED
MAY 16 2017
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS